# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 24, 2015

### NO. 03-14-00324-CR

**Juan Francisco Rodriguez-Linares, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 427TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the court modifies the trial court's judgment on count one of the indictment to include a finding that appellant used a deadly weapon other than a firearm when committing the aggravated sexual assault. We affirm the judgment as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.